# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DRIVER OPPORTUNITY PARTNERS I, LP,<br>    Plaintiff,<br><br>v.<br><br>AMERISERV FINANCIAL, INC.,<br>    Defendant. | |
| AMERISERV FINANCIAL, INC.,<br>    Counterclaim Plaintiff,<br><br>v.<br><br>DRIVER OPPORTUNITY PARTNERS I, LP,<br>    Counterclaim Defendant. | No. 3:22-cv-00237-SLH |
| AMERISERV FINANCIAL, INC.,<br>    Third-Party Plaintiff,<br><br>v.<br><br>J. ABBOTT R. COOPER,<br>    Third-Party Defendant. | |

## STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED TO, by and among all parties, that the above-captioned action, including all claims, counterclaims, and third-party claims asserted therein, are hereby dismissed, WITH PREJUDICE, and each party shall bear its own costs and counsel fees.

Dated: June 17, 2024

11012843.v1

| | |
|---|---|
| KLEHR HARRISON HARVEY BRANZBURG LLP<br>By: <u>Thomas V. Ayala</u><br>Thomas V. Ayala<br>Ryan M. Moore<br>Catherine V. Wigglesworth<br>1835 Market Street, Ste. 1400<br>Philadelphia, PA 19103<br>(215) 569-2700<br>tayala@klehr.com<br>rmoore@klehr.com<br>cwigglesworth@klehr.com<br><br>*Counsel for Plaintiff and Counterclaim Defendant Driver Opportunity Partners I, LP and Third-Party Defendant J. Abbott R. Cooper* | STEVENS & LEE, P.C.<br>By: <u>Jason P. Rudloff</u><br>Stacey A. Scrivani<br>Jason P. Rudloff,<br>Christopher A. McDonald<br>111 North Sixth Street<br>Reading, PA 19601<br>(610) 478-2086<br>stacey.scrivani@stevenslee.com<br>jason.rudloff@stevenslee.com<br>christopher.mcdonald@stevenslee.com<br><br>*Counsel for Defendant and Third-Party Plaintiff AmeriServ Financial Inc.* |

AND NOW, this 17th day of June, 2024, IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

2

11012843.v1